PER CURIAM.
 

 We have for review
 
 Celeste v. Kerns,
 
 990 So.2d 9 (Fla. 1st DCA 2008), in which the First District Court of Appeal cited as authority its decision
 
 Lowry v. Central Leasing Management, Inc.,
 
 988 So.2d 1113 (Fla. 1st DCA 2008),
 
 denying rehearing of
 
 18 So.3d 550 (Fla. 1st DCA 2008),
 
 quashed, Lowry v. Central Leasing Management, Inc.,
 
 3 So.3d 1189 (Fla., 2009). By the time the First District’s
 
 Celeste
 
 decision became final on denial of rehearing, its
 
 Lowry
 
 decision was pending review in this Court. We have jurisdiction.
 
 See
 
 art. Y, § (3)(b)(3), Fla. Const.;
 
 Jollie v. State,
 
 405 So.2d 418 (Fla.1981).
 

 As we had done in
 
 Lownj,
 
 we stayed proceedings in this case pending our disposition of
 
 Murray v. Mariner Health,
 
 994 So.2d 1051 (Fla.2008). When our decision in
 
 Murray
 
 became final, we issued an order directing respondents in the present case to show cause why we should not accept jurisdiction, summarily quash the decision being reviewed, and remand for reconsideration in light of our decision in
 
 Murray.
 
 Upon consideration of respondents’ response and petitioner’s reply thereto, we have determined to so proceed.
 

 We thus grant the petition for review in this case, quash the decision below, and remand for reconsideration upon application of our decision in
 
 Murray.
 
 Petitioner’s pending motion to lift stay is accordingly denied as moot.
 

 It is so ordered.
 

 QUINCE, C.J., and WELLS, PARIENTE, LEWIS, CANADY, POLSTON, and LABARGA, JJ., concur.